TRUDY L. MARTIN
LAW OFFICES OF TRUDY L. MARTIN
State Bar No. 148515
1808 Sixth Street
Berkeley, CA 94710
(510) 843-4300

Attorneys for Plaintiff RAMON JERMAINE SAPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON JERMAINE SAPP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, COUNTY OF ALAMEDA SHERIFF'S DEPARTMENT, SHERIFF CHARLES PLUMMER, sued herein individually and in his capacity and as Sheriff, Alameda County, PRISON HEALTH SERVICES, INC., ALAMEDA COUNTY MEDICAL CENTER dba HIGHLAND HOSPITAL, and DOES 1 through 30; and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | NO. 03-1066 PJH<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING HEARING ON MOTION TO COMPEL<br><br>Hearing: June 28, 2005<br>Time: 9:00 a.m.<br>Magistrate Judge: Elizabeth LaPorte<br><br>Current Trial Date: June 9, 2006<br>Time: 8:30 a.m<br>Judge: Priscilla J. Hamilton<br>Place: Courtroom 3, 17th Floor |

IT IS STIPULATED AND AGREED BY PARTIES THROUGH COUNSEL OF RECORD, as follows:

　　Defendants Alameda County, Alameda County Sheriff's Department, Sheriff Charles Plummer and Prison Health Services, Inc., have filed a motion to compel further discovery and for sanctions. Hearing on that motion is presently set for 9:00 a.m., tomorrow, June 28, 2005. The parties are agreed that a continuance would be appropriate and desirable in order for plaintiff

TRUDY L. MARTIN
LAW OFFICES
1010 Grayson St, Ste. 2
Berkeley, CA  94710
(510)843-4300

STIPULATION FOR ORDER AND ORDER CONTINUING HEARING ON MOTION TO COMPEL FURTHER DISCOVERY　　　　1　　　　CASE NO. 03-1066 PJH

to produce as much additional information through supplemental responses as possible prior to hearing. Plaintiff has been delayed in this endeavor by a recent office move. Ms. Martin contacted the courtroom deputy for Courtroom E and confirmed that July 26, 2005, would be available for hearing on the Court's calendar.

For these reasons, the parties hereby jointly request that the court continue the hearing on defendants' motion to compel until July 26, 2005. By copy of this stipulation, which is being filed herewith, the other parties appearing in this action have been notified.

Further, the parties hereby stipulate that this Court order said continuance for good cause.

IT IS SO STIPULATED

DATED:                           LAW OFFICES OF TRUDY L. MARTIN

_____
Trudy L. Martin, Attorneys for Plaintiff
RAMON JERMAINE SAPP

LAW OFFICES OF NANCY HUDGINS

_____
By Matthew Grigg, Esq.
Attorney for Alameda County, Alameda County Sheriff's Department, Sheriff Charles Plummer and Prison Health Services, Inc.

IT IS HEREBY ORDERED ON STIPULATION AND FOR GOOD CAUSE, AS FOLLOWS:

The hearing on Motion to Compel and for Sanctions, brought by Defendants Alameda County, Alameda County Sheriff's Department, Sheriff Charles Plummer and Prison Health Services, Inc., is hereby continued until 9:00 a.m., on July 26, 2005.

DATED: June 27, 2005               _____
UNITED STATES MAGISTRATE JUDGE

[GRANTED — Judge Elizabeth D. Laporte]

TRUDY L. MARTIN
LAW OFFICES
1010 Grayson St, Ste. 2
Berkeley, CA 94710
(510)843-4300

STIPULATION FOR ORDER AND ORDER CONTINUING HEARING ON MOTION TO COMPEL FURTHER DISCOVERY      2      CASE NO. 03-1066 PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TRUDY L. MARTIN
LAW OFFICES
1010 Grayson St, Ste. 2
Berkeley, CA  94710
(510)843-4300

STIPULATION FOR ORDER AND ORDER CONTINUING HEARING ON MOTION TO COMPEL FURTHER DISCOVERY     3     CASE NO. 03-1066 PJH