TRUDY L. MARTIN
LAW OFFICES OF TRUDY L. MARTIN
State Bar No. 148515
1808 Sixth Street
Berkeley, CA 94710
(510) 843-4300

Attorneys for Plaintiff RAMON JERMAINE SAPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON JERMAINE SAPP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, COUNTY OF ALAMEDA SHERIFF'S DEPARTMENT, SHERIFF CHARLES PLUMMER, sued herein individually and in his capacity and as Sheriff, Alameda County, PRISON HEALTH SERVICES, INC., ALAMEDA COUNTY MEDICAL CENTER dba HIGHLAND HOSPITAL, and DOES 1 through 30; and DOES 1 through 30, inclusive,<br><br>　　　　Defendants.<br>_____ | NO. 03-1066 PJH<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXTENDING DEADLINE FOR<br>DISCLOSURE OF EXPERT REPORTS<br>[FRP 26(A)(2)]<br><br>Current Trial Date: June 9, 2006<br>Time: 8:30 a.m<br>Place: Courtroom 3, 17th Floor |

IT IS STIPULATED AND AGREED BY PARTIES THROUGH COUNSEL OF RECORD, as follows:

　　　The pre-trial discovery deadline in this case for exchange of expert witnesses and reports is currently set by this Court on June 29, 2005. The parties hereby jointly request that the court extend the discovery deadline for disclosure of expert reports until July 18, 2005. The current deadline for non-expert discovery is August 10, 2005.

TRUDY L. MARTIN
LAW OFFICES
1010 Grayson St, Ste. 2
Berkeley, CA  94710
(510)843-4300

STIPULATION FOR ORDER AND ORDER CONTINUING DATE FOR EXPERT DISCLOSURE
　　　　　　　　　　　　　　1　　　　　　　　　　　　　　CASE NO. 03-1066 PJH

The reason for this request is as follows:

This stipulation and request for extension of pre-trial deadline is brought pursuant to Local Rule 7-10(b). Outstanding discovery requests by plaintiff directed to defendants Alameda County Medical Center and Alameda County, Alameda County Sheriff's Department, Sheriff Charles Plummer and Prison Health Services, Inc. seek documents which plaintiff contends relate to and materially affect the scope and basis of likely expert opinion testimony at trial. Production of these documents is due on or about July 8 and 9, 2005. Plaintiff has raised concerns that without these documents, it may become necessary to engage in rounds of supplemental disclosures as documents are made available. The parties jointly request an extension of the disclosure date in order to complete production of documents and develop appropriate expert disclosures.

Further, the parties hereby stipulate that this Court order said continuance for good cause.

IT IS SO STIPULATED

DATED:                                    LAW OFFICES OF TRUDY L. MARTIN

                                          _____
                                          Trudy L. Martin, Attorneys for Plaintiff
                                          RAMON JERMAINE SAPP


                                          GALLOWAY, LUCCHESE, EVERSON & PICCHI


                                          _____
                                          By Martin J. Everson, Esq.
                                          Attorney for Alameda County Medical Center


                                          LAW OFFICES OF NANCY HUDGINS


                                          _____
                                          By Matthew Grigg, Esq.
                                          Attorney for Alameda County, Alameda County
                                          Sheriff's Department, Sheriff Charles Plummer and
                                          Prison Health Services, Inc.

TRUDY L. MARTIN
LAW OFFICES
1010 Grayson St, Ste. 2
Berkeley, CA 94710
(510)843-4300

STIPULATION FOR ORDER AND ORDER CONTINUING DATE FOR EXPERT DISCLOSURE

2                        CASE NO. 03-1066 PJH

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | IT IS HEREBY ORDERED THAT |
| 4 | The pretrial expert disclosure date is continued from June 29, 2005, to <u>July 18, 2005</u>. |
| 5 | Parties will file and serve responses pursuant to FRCP on that date. |

IT IS HEREBY ORDERED THAT

The pretrial expert disclosure date is continued from June 29, 2005, to <u>July 18, 2005</u>.

Parties will file and serve responses pursuant to FRCP on that date.

DATED: 6/28/05

_____

UNITED STATES M~~AGISTRAT~~E JUDGE
                            DISTRICT

TRUDY L. MARTIN
LAW OFFICES
1010 Grayson St, Ste. 2
Berkeley, CA  94710
(510)843-4300

STIPULATION FOR ORDER AND ORDER CONTINUING DATE FOR EXPERT DISCLOSURE
3                             CASE NO. 03-1066 PJH