1 TRUDY L. MARTIN
2 LAW OFFICES OF TRUDY L. MARTIN
State Bar No. 148515
3 1808 Sixth Street
Berkeley, CA 94710
4 (510) 843-4300

5 Attorneys for Plaintiff RAMON JERMAINE SAPP

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

12 | RAMON JERMAINE SAPP,           ) NO. 03-1066 PJH
   |                                )
13 |        Plaintiff,              ) STIPULATION AND [~~PROPOSED~~]
   |                                ) ORDER EXTENDING EXPERT
14 | vs.                            ) DISCLOSURE AND RELATED PRE-
   |                                ) TRIAL DEADLINES
15 |                                )
   | COUNTY OF ALAMEDA, COUNTY OF   )
16 | ALAMEDA SHERIFF'S DEPARTMENT,  ) Current Trial Date: June 9, 2006
   | SHERIFF CHARLES PLUMMER, sued herein ) Time: 8:30 a.m
17 | individually and in his capacity and as Sheriff, ) Place: Courtroom 3, 17th Floor
   | Alameda County, PRISON HEALTH  )
18 | SERVICES, INC., ALAMEDA COUNTY )
   | MEDICAL CENTER dba HIGHLAND    )
19 | HOSPITAL, and DOES 1 through 30; and )
   | DOES 1 through 30, inclusive,  )
20 |                                )
   |        Defendants.             )
21 | _____  )

23 IT IS STIPULATED AND AGREED BY PARTIES THROUGH COUNSEL OF RECORD, as

24 follows:

25     The pre-trial discovery deadline in this case for exchange of expert witnesses and reports

26 is currently set by this Court on July 18, 2005. This deadline was extended by stipulation of the

27 parties from the original date of June 29, 2005.  The deadline for expert and non-expert discovery

28 presently is August 10, 2005, and the deadline for hearing dispositive motions is October 5, 2005.

TRUDY L. MARTIN
LAW OFFICES
1010 Grayson St, Ste. 2
Berkeley, CA  94710
(510)843-4300

STIPULATION FOR ORDER AND ORDER CONTINUING EXPERT DISCLOSURE AND RELATED PRETRIAL
DEADLINES                                        1                    CASE NO. 03-1066 PJH

The parties hereby jointly request and stipulate that the Court extend these discovery and related pre-trial deadlines, as follows: expert disclosure will be extended until July 25, 2005, expert and non-expert discovery will be extended until August 17, 2005, and the current deadline for hearing dispositive motions will be continued one week from October 5, 2002, to October 12, 2005.

The reason for this request is as follows:

This stipulation and request for extension of pre-trial deadlines is brought pursuant to Local Rule 7-10(b). Discovery requests by plaintiff directed to defendants Alameda County Medical Center and Alameda County, Alameda County Sheriff's Department, Sheriff Charles Plummer and Prison Health Services, Inc. seek documents which plaintiff contends relate to and materially affect the scope and basis of likely expert opinion testimony at trial. Production of these documents was due on or about July 8 and 9, 2005, but continued by agreement as part of a meet and confer effort between the parties. Plaintiff continues to have concerns that without these documents and further discovery responses, it may become necessary to engage in rounds of supplemental disclosures as documents are made available. The parties jointly request an extension of the disclosure date in order to complete production of documents and develop appropriate expert disclosures. The stipulation and request for extension of additional pre-trial deadlines reflect this extended schedule and the anticipated unavailability of counsel.

Further, the parties hereby stipulate that this Court order said continuance for good cause.

IT IS SO STIPULATED

DATED:                                LAW OFFICES OF TRUDY L. MARTIN

Trudy L. Martin, Attorneys for Plaintiff
RAMON JERMAINE SAPP

GALLOWAY, LUCCHESE, EVERSON & PICCHI

By Martin J. Everson, Esq.

TRUDY L. MARTIN
LAW OFFICES
1010 Grayson St, Ste. 2
Berkeley, CA  94710
(510)843-4300

STIPULATION FOR ORDER AND ORDER CONTINUING EXPERT DISCLOSURE AND RELATED PRETRIAL DEADLINES      2      CASE NO. 03-1066 PJH

| | |
|---|---|
| 1 | |
| 2 | Attorney for Alameda County Medical Center |
| 3 | LAW OFFICES OF NANCY HUDGINS |

By Matthew Grigg, Esq.
Attorney for Alameda County, Alameda County Sheriff's Department, Sheriff Charles Plummer and Prison Health Services, Inc.

IT IS HEREBY ORDERED THAT

The pretrial expert disclosure date is continued from July 18, 2005, to July 25, 2002. The expert and non-expert discovery deadline is continued one week to August 17, 2005, and the deadline for hearing dispositive motions is also continued one week, until October 12, 2005.

DATED: 7/18/05

_____
UNITED STATES DISTRICT COURT JUDGE

TRUDY L. MARTIN
LAW OFFICES
1010 Grayson St, Ste. 2
Berkeley, CA 94710
(510)843-4300

STIPULATION FOR ORDER AND ORDER CONTINUING EXPERT DISCLOSURE AND RELATED PRETRIAL DEADLINES                    3                    CASE NO. 03-1066 PJH