Nancy E. Hudgins, SBN 85222
Matthew M. Grigg, SBN 195951
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial Street, Fourth Floor
San Francisco, CA 94111
Telephone: (415) 979-0100
Fax: (415) 979-0747

Attorneys for Defendants County of Alameda,
County of Alameda Sheriff's Department,
Sheriff Charles Plummer, and Prison Health Services

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON JERMAINE SAPP, | Case No. 03-1066 PJH |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO COMPEL** |
| vs. | |
| COUNTY OF ALAMEDA, COUNTY OF ALAMEDA SHERIFF'S DEPARTMENT, SHERIFF CHARLES PLUMMER, sued herein individually and in his capacity and as Sheriff, Alameda County, PRISON HEALTH SERVICES, INC., ALAMEDA COUNTY MEDICAL CENTER dba HIGHLAND HOSPITAL, and DOES 1 through 30, inclusive, | |
| Defendants. | |

The motion to compel further responses to interrogatories (served on Plaintiff Ramon Sapp by Defendants Prison Health Services, Inc., Alameda County Sheriff's Department and Sheriff Charles Plummer in September of 2004) was heard on July 26, 2005. Having carefully considered all papers submitted and the argument of counsel, the Court hereby GRANTS defendants' motion.

Plaintiff shall serve full and complete responses to defendants' interrogatories by 5:00 p.m. on July 30, 2005.  Pursuant to the agreement of counsel said responses shall be served via email on the moving defendants' counsel at mmg@hudginslaw.com.

Defendants' request for sanctions was not separately noticed as required by the Local Rules, and thus is denied without prejudice.

SO ORDERED this __28__ day of July, 2005.

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge