TRUDY L. MARTIN
LAW OFFICES OF TRUDY L. MARTIN
State Bar No. 148515
1808 Sixth Street
Berkeley, CA 94710
(510) 843-4300

Attorneys for Plaintiff RAMON JERMAINE SAPP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON JERMAINE SAPP, | NO. 03-1066 PJH |
| Plaintiff, | STIPULATION FOR MODIFICATION OF CASE MANAGEMENT AND PRETRIAL ORDERS; [PROPOSED] ORDER |
| v. | |
| COUNTY OF ALAMEDA, COUNTY OF ALAMEDA SHERIFF'S DEPARTMENT, SHERIFF CHARLES PLUMMER, sued herein individually and in his capacity as Sheriff, Alameda County, PRISON HEALTH SERVICES, INC, ALAMEDA COUNTY MEDICAL CENTER dba HIGHLAND HOSPITAL, and DOES 1 through 30, inclusive, | Current Trial Date: November 27, 2006<br>Time: 8:30 a.m<br>Place: Courtroom 3, 17th Floor |
| Defendants. / | |

## I. Introduction

The parties, through their respective attorneys of record, request a continuance of case management and pre-trial orders from those set forth in the, Case Management And Pretrial Order filed August 25, 2005. This request is brought on the grounds that additional time is required to complete discovery due to, among other things, illness and other personal circumstances in the plaintiff's attorney's family and obstacles in scheduling outstanding discovery.

## II. Facts

On August 25, 2005, this Court continued trial from January 9, 2005, until November 27, 2006, with expert and non-expert discovery extended from August 10, 2004, until January 31, 2006,

and March 31, 2006, respectively. Deadlines for hearing dispositive motions was moved from October 5, 2005, until 120 days before the reset trial date.

Since this continuance, the parties have attempted to schedule completion of outstanding discovery and discovery of remaining non-expert witnesses. This schedule has been delayed by the prolonged flu illness of plaintiff's counsel and personal family circumstances. In her estimation, these circumstances significantly disrupted the progress of discovery she believes is necessary to properly prosecute her client's case in that she has been unable to complete any of the expert and non-expert depositions she anticipated completing prior to the discovery cut-off. Contributing to this delay has been the holidays and scheduling conflicts for deposition of non-expert witnesses and trial schedules of counsel.

Defendants and plaintiff jointly request this modification of case management and pre-trial schedules because the parties agree additional discovery is necessary before the case will be ready for trial.

### III. Stipulation

For the foregoing reasons, and pursuant to Local Rule 7-10(b), the parties hereto, by and through their respective attorneys of record hereby stipulate and request as follows:

1. that the January 31, 2006, non-expert discovery cutoff be continued to March 31, 2006, on the condition that: (a) no further written discovery shall be permitted, and (b) that plaintiff may take no more than 5 total depositions of current or former employees of Prison Health Services, Inc., Alameda County, or Alameda County Sheriff's Department, excepting good cause shown; and
2. that the deadline for disclosure of additional experts, absent good cause, shall remain closed, but the March 31, 2006, deadline for completing expert depositions shall be continued to June 15, 2006.

IT IS SO STIPULATED

//

//

DATED:　　　　　　　　　　　　LAW OFFICES OF TRUDY L. MARTIN

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Trudy L. Martin
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　RAMON JERMAINE SAPP

　　　　　　　　　　　　　　　　　GALLOWAY, LUCCHESE, EVERSON & PICCHI

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Martin J. Everson
　　　　　　　　　　　　　　　　　Attorneys for Alameda County Medical Center

　　　　　　　　　　　　　　　　　LAW OFFICES OF NANCY E. HUDGINS

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Matthew Grigg
　　　　　　　　　　　　　　　　　Attorneys for Alameda County, Alameda County
　　　　　　　　　　　　　　　　　Sheriff's Department, Sheriff Charles Plummer and
　　　　　　　　　　　　　　　　　Prison Health Services, Inc.

## **ORDER**

Pursuant to the parties' stipulation, it is hereby ordered as follows:

1. that the January 31, 2006, non-expert discovery cutoff be continued to March 31, 2006, on the condition that: (a) no further written discovery shall be permitted, and (b) that plaintiff may take no more than 5 total depositions of current or former employees of Prison Health Services, Inc., Alameda County, or Alameda County Sheriff's Department, excepting good cause shown; and

2. that the deadline for disclosure of additional experts, absent good cause, shall remain closed, but the March 31, 2006, deadline for completing expert depositions shall be continued to June 15, 2006.

3. no further written discovery shall be permitted by any party, absent good cause; and

1     4.     plaintiff may take no more than 5 total depositions of current or former employees of Prison Health Services, Inc., Alameda County, and/or Alameda County Sheriff's Department, absent good cause.

1st day of February, 2006

SO ORDERED THIS ____ da~~y of January, 2006~~.

                                         _____
                                         PHYLLIS J. HAMILTON
                                         United States District Judge

                         NO FURTHER CONTINUANCES WILL BE APPROVED.

---

STIPULATION FOR MODIFICATION OF PRE-TRIAL ORDERS
SAPP. V. COUNTY OF ALAMEDA, ET. AL.                                                Case No. C 03-0106 PJH