Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial St., 4th Floor
San Francisco, CA 94111
415-979-0100
415-979-0747 (fax)

Attorneys for Defendants Alameda County, ACSD,
Sheriff Charles Plummer, and Prison Health Services, Inc.

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON JERMAINE SAPP,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, COUNTY OF ALAMEDA SHERIFF'S DEPARTMENT, SHERIFF CHARLES PLUMMER, sued herein individually and in his capacity and as Sheriff, Alameda County, PRISON HEALTH SERVICES, INC., ALAMEDA COUNTY MEDICAL CENTER dba HIGHLAND HOSPITAL, and DOES 1 through 30, inclusive,<br><br>  Defendants. | Case No. 03-1066 PJH<br><br>**STIPULATED REQUEST FOR DISMISSAL; [~~PROPOSED~~] ORDER RE DISMISSAL** |

**STIPULATION**

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND REQUEST THAT:

Pursuant to the settlement reached between Plaintiff Ramon Sapp, on the one hand, and Defendants Prison Health Services, Inc., Alameda County, Alameda County Sheriff's Dept., and Sheriff Charles Plummer, on the other, this action shall be dismissed in its entirety, with prejudice, with respect to those defendants.

SAPP v. ALAMEDA COUNTY, et al.
Stip. & Order Re: Dismissal
Case No. 03-1066
sapp/p/StipOrDismiss06f09

1  RESPECTFULLY SUBMITTED:

3  Dated: 8/16/06

   GALLOWAY, LUCCHESE, EVERSON
   & PICCHI

   By: _____
   Martin Everson
   Attorneys for Defendant
   ALAMEDA COUNTY MEDICAL
   CENTER

10  Dated: 7/20/06

    LAW OFFICES OF TRUDY MARTIN

    By: _____
    Trudy Martin
    Attorneys for Plaintiff

15  Dated: 8/22/06

    LAW OFFICES OF NANCY HUDGINS

    By: _____
    Matthew M. Grigg
    Attorneys for Defendants Alameda
    County, ACSD, Sheriff Charles
    Plummer, and Prison Health Services,
    Inc.

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED:

Dated: August 29, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

SAPP v. ALAMEDA COUNTY, et al.
Stip. & Order Re: Dismissal

Case No. 03-1066
sapp/p/StipOrDismiss06f09