MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035
E-mail: meverson@glattys.com

Attorneys for Defendant
ALAMEDA COUNTY MEDICAL CENTER dba HIGHLAND HOSPITAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON JERMAINE SAPP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, COUNTY OF ALAMEDA SHERIFF'S DEPARTMENT, SHERIFF CHARLES PLUMMER, sued herein individually and in his capacity and as Sheriff, Alameda County, PRISON HEALTH SERVICES, INC., ALAMEDA COUNTY MEDICAL CENTER dba HIGHLAND HOSPITAL, and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No. 03-1066 PJH<br><br>**STIPULATED REQUEST FOR DISMISSAL; [PROPOSED] ORDER RE DISMISSAL**<br><br>**Date Complaint Filed:** March 11, 2003<br>**Trial:** February 5, 2007 |

## STIPULATION

The remaining parties in this action, by and through their respective counsel of record, do hereby stipulate and request that:

Pursuant to the agreement reached between plaintiff RAMON SAPP and defendant ALAMEDA COUNTY MEDICAL CENTER, this action shall be dismissed in its entirety with

///

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

1

03-1066 PJH: STIPULATED REQUEST FOR DISMISSAL; [PROPOSED] ORDER RE DISMISSAL

200-7155/MJE/305160.doc

1  prejudice as against defendant ALAMEDA COUNTY MEDICAL CENTER parties to bear own
2  costs of suit.
3  RESPECTFULLY SUBMITTED:
4  Dated: December 20, 2006

GALLOWAY, LUCCHESE, EVERSON & PICCHI

By: /s/ Martin J. Everson
MARTIN J. EVERSON
Attorneys for Defendant
ALAMEDA COUNTY MEDICAL CENTER

LAW OFFICE OF TRUDY MARTIN

Dated: 12/20, 2006

By /s/ Trudy Martin
Trudy Martin, Esq.
Attorney for Plaintiff RAMON SAPP

ORDER

IT IS SO ORDERED.
Dated: December 21, 2006

**IT IS SO ORDERED**
/s/ Phyllis J. Hamilton
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

2
03-1066 PJH: STIPULATED REQUEST FOR DISMISSAL; [PROPOSED] ORDER RE DISMISSAL

200-7166/MJE/305160.doc