UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMON JERMAINE SAPP,

    Plaintiff,                                        No. C 03-1066 PJH

    v.                                                 **NOTICE**

COUNTY OF ALAMEDA, et al.,

    Defendants.

_____/

        The court is in receipt of a letter from plaintiff date-stamped April 7, 2008 in which plaintiff requests information as to the disposition of a "motion for notice of status of this case," which motion was filed with the court in November of 2007. While the court never received a copy of plaintiff's motion in November 2007, a copy of the motion was attached to the April 7, 2008 letter now before the court.

        In response thereto, the court advises plaintiff that the above-referenced case was terminated on December 21, 2006. With respect to defendants Prison Health Services, Inc., Alameda County, Alameda County Sheriff's Dept., and Sheriff Charles Plummer, a stipulated request for dismissal and proposed order thereon was signed and entered on August 29, 2006. With respect to remaining defendant Alameda County Medical Center dba Highland Hospital, a stipulated request for dismissal and proposed order thereon was signed and entered on December 21, 2006. A judgment of dismissal with respect to the entire action was also executed by the court on December 21, 2006.

        As the case is closed, with no defendants or claims remaining, plaintiff is further advised that no amendment of the complaint in this case is possible. Should plaintiff believe he is entitled to institute a *new* action, based on claims *separate and apart* from

those raised in connection with this case, plaintiff may not proceed under the above case number, but must proceed in accordance with the rules applicable to the proper forum (e.g., state or federal court) that would govern the filing of any new complaint.

**IT IS SO ORDERED.**

Dated:  May 12, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge