UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMON JERMAINE SAPP,

    Plaintiff,

    v.

COUNTY OF ALAMEDA, et al.,

    Defendants.
_____/

No. C 03-1066 PJH

**NOTICE**

    Before the court is a letter from plaintiff, received June 25, 2008, requesting information regarding the status of the above-referenced action. In fact, the court already issued a notice informing plaintiff of the status of his case, on May 12, 2008. That notice was mailed to plaintiff at the address that plaintiff had most recently provided to the court. The notice was returned as undeliverable, however, on May 23, 2008.

    Plaintiff's June 25 letter now indicates a different address for plaintiff. Accordingly, in addition to service of the instant notice, the court will also mail a copy of its previous May 12, 2008 notice to plaintiff at this new address.

**IT IS SO ORDERED.**

Dated: June 27, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge